UNITED STATES of America,
Plaintiff–Appellee,

v.

Josue HERNANDEZ–DELGADO, a.k.a.
Abuelo, Defendant–Appellant.

No. 09–10636
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 17, 2009.

Josue Hernandez–Delgado, McRae, GA, pro se.

Jeffrey Davis, Phyllis Clerk, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Defendant–Appellant.

Before DUBINA, Chief Judge, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Giles Jones, appointed counsel for appellant Josue Hernandez–Delgado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hernandez–Delgado's

convictions and sentences are **AFFIRMED.**